IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 04 12495 (DPW) |
| GLOBAL COMPANIES, L.L.C. and GLOBAL PETROLEUM CORPORATION, | ) |
| Defendants. | ) |

## UNOPPOSED MOTION OF THE UNITED STATES
## TO ENTER THE CONSENT DECREE

Plaintiff, the United States of America ("United States"), on behalf of the United States Environmental Protection Agency, respectfully requests that the Court approve and enter the proposed Consent Decree between the United States and the Defendants in this case. The United States has filed electronically this Motion and the accompanying Memorandum. Under separate cover, the United States has sent to the Court by overnight mail the original Consent Decree for signature and entry.

On November 29, 2004, a proposed Consent Decree between the United States and the Defendants, Global Companies, L.L.C. and Global Petroleum Corporation (collectively "Global"), was lodged with the Court, pursuant to 28 C.F.R. Section 50.7, for public comment. The Consent Decree resolves claims by the United States against Global for violations of Section 211 of the Clean Air Act, 42 U.S.C. § 7545, and federal regulations promulgated thereunder, as alleged in the Complaint filed in this action. The Complaint was filed at the same time that the Consent Decree was lodged with the Court.

Notice of the lodging of the Consent Decree, providing the opportunity to comment

thereon, was published in the Federal Register on December 10, 2004. *See* 69 Fed. Reg. 71847. The requisite thirty-day public comment period has expired. The United States received no comments during the public comment period. For the reasons set forth in the accompanying Memorandum in support of this Motion, the United States believes that the Consent Decree is fair, reasonable, and in the public interest. Therefore, the United States respectfully requests that the Court sign the Consent Decree and enter it as a final judgment.

          Respectfully Submitted,

          THOMAS L. SANSONETTI
          Assistant Attorney General
          Environment and Natural Resources Division

          s/ Scott Bauer
          SCOTT D. BAUER
          Trial Attorney
          Environmental Enforcement Section
          Environment and Natural Resources Division
          U.S. Department of Justice
          P.O. Box 7611
          Ben Franklin Station
          Washington, DC  20044-7611
          (202) 514-4133

| | |
|---|---|
| | MICHAEL J. SULLIVAN |
| OF COUNSEL: | United States Attorney |
| | |
| JOCELYN L. ADAIR | GEORGE B. HENDERSON, II |
| Senior Attorney | Assistant U.S. Attorney |
| Air Enforcement Division | United States Courthouse |
| Office of Regulatory Enforcement | 1 Courthouse Way |
| U. S. Environmental Protection Agency | Suite 9200 |
| 1200 Pennsylvania Ave., N.W. | Boston, MA 02210 |
| Washington, D.C. 20460 | (617) 748-3272 |
| (202) 564-1011 | |