## CERTIFICATE OF SERVICE

      I hereby certify that on January 18, 2005, I directed that a copy of this Unopposed Motion of the United States to Enter the Consent Decree and accompanying Memorandum be served by first class mail on Michael D. Sherman, Esq. at Collier Shannon Scott, 3050 K Street, N.W., Suite 400, Washington, D.C. 20007, counsel for Defendants Global Companies, L.L.C. and Global Petroleum Corp.

                                                s/ Scott Bauer
                                                Scott D. Bauer